**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**George Wilson LEWIS, Defendant–Appellant.**

**No. 05–15346**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 27, 2006.

Enid Elizabeth Dean, United States Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Rita M. Briles, Gardendale, AL, for Defendant–Appellant.

Before CARNES, PRYOR and COX, Circuit Judges.

PER CURIAM:

Rita M. Briles, appointed counsel for George Wilson Lewis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Lewis's conviction and sentence are **AF-FIRMED**.